IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAWAUN C LOGAN**                                                                                                    **PETITIONER**
*ADC #163357*

V.                                         CASE NO. 4:21-cv-00043-JTK

**DEXTER PAYNE**
*Director, ADC*                                                                                                         **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 1st day of July, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE